not contended by the movant that the ordinary had the authority to pass this order, but it is contended that the evidence was "admissible as an admission by B. I. Hardy." The majority of the court are of the opinion that the claimants should have been allowed to introduce this evidence as an admission tending to show that the land was actually bought and paid for with the money of the wards which was in the hands of Hardy as guardian. The writer of this opinion does not concur in this ruling, being of the opinion that this was not such an admission as to render it competent evidence against the administratrix and in favor of the claimants.

There is no merit in the other exceptions contained in the motion, not specifically referred to above.

*Judgment reversed. All the Justices concur except Beck, P. J., who dissents from the ruling made in the fourth division of the opinion and the corresponding headnote.*

---

### JERNIGAN *v.* MANSFIELD.

This case came before the court upon a writ of error from the superior court of Early county; and the same being for a decision by a full bench of six Justices, who are evenly divided in opinion on the controlling issue in the case, that is, whether the extrinsic evidence was sufficient to apply the description in the deed upon which the plaintiff relied to the particular land sued for, three of the Justices, Fish, C. J., Beck, P. J., and George, J., being of the opinion that it was, and three of the Justices, Atkinson, Hill, and Gilbert, JJ., being of the contrary opinion, it is considered and adjudged that the judgment of the court below stand affirmed by operation of law. *Judgment affirmed.*

No. 1230. SEPTEMBER 5, 1919.

Equitable petition. Before Judge Worrill. Early superior court. August 24, 1918.

*Park & Stone,* for plaintiff in error.

*Glessner & Collins,* contra.

---